Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DEBRA S. O'NEAL,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>      Defendant. | No. 2:23-cv-00232-KKE<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>October 27, 2023 |

## I. STIPULATION

The parties through their attorneys of record stipulate:

1. The November 17, 2023 date for the hearing on Defendant's Motion for Summary Judgment shall be continued by four (4) weeks to December 15, 2023, or the next available court date.

2. The Parties hereby stipulate and agree that the new briefing schedule for the motion will be as follows, in accordance with and subject to LCR 7(d)(3):

- Motion noting date: December 15, 2023;

- Plaintiff's response deadline: December 11, 2023;

STIPULATION AND ORDER RE: CONTINUANCE OF
DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT – Pg. 1 of 4

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3505
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

- Defendant's reply deadline: December 15, 2023.

Dated: 10/27/2023

Signed  /S/ _____
Dubs Herschlip, WSBA #31652
Attorney for Plaintiff
Dubs@dbllawyers.com
627 5th St., Ste. 203, Mukilteo, WA 98275
Phone: (425) 209-0022


Signed  /S/ _____
James Hicks, WSBA #36126
Attorney for Defendant
jhicks@sinarslaw.com


Signed  /S/ _____
Christopher W. Furman, WSBA #57143
Attorney for Defendant
cfurman@sinarslaw.com

1000 Second Avenue, Suite 1950
Seattle, WA 98104
Phone: (206) 705-2115
servicesea@sinarslaw.com
Counsel for Defendant State Farm Fire and Casualty Company

STIPULATION AND ORDER RE: CONTINUANCE OF DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – Pg. 2 of 4

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3505
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

II. ORDER

Based upon the above set out stipulation of the parties,

It is ORDERED:

1. The November 17, 2023 noting date for Defendant's Motion for Summary Judgment is continued by four (4) weeks to December 15, 2023.

2. The Parties hereby stipulate and agree that the new briefing schedule for the motion will be as follows, in accordance with and subject to LCR 7(d)(3):

- Motion noting date: December 15, 2023;
- Plaintiff's response deadline: December 11, 2023;
- Defendant's reply deadline: December 15, 2023.

Dated: October 31st, 2023

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Signed /S/ *Dubs Herschlip*
Dubs Herschlip, WSBA #31652
Attorney for Plaintiff
Dubs@dbllawyers.com
627 5th St., Ste. 203, Mukilteo, WA 98275
Phone: (425) 209-0022

Signed /S/
James Hicks, WSBA #36126
Attorney for Defendant
jhicks@sinarslaw.com

Signed /S/
Christopher W. Furman, WSBA #57143

STIPULATION AND ORDER RE: CONTINUANCE OF DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – Pg. 3 of 4

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3505
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

Attorney for Defendant
cfurman@sinarslaw.com
1000 Second Avenue, Suite 1950
Seattle, WA 98104
Phone: (206) 705-2115
servicesea@sinarslaw.com
Counsel for Defendant State Farm Fire and Casualty Company

STIPULATION AND ORDER RE: CONTINUANCE OF DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – Pg. 4 of 4

DUNLAP BENNETT & LUDWIG PLLC
627 – 5ᵀᴴ Sᴛ., Sᴛᴇ 203, Mᴜᴋɪʟᴛᴇᴏ, WA 98275
Pʜᴏɴᴇ: (425) 903-3505
Fᴀx: (425) 298-3918
DUBS@DBLLAWYERS.COM
www.DBLLAWYERS.com