UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA S. O'NEAL,<br>    Plaintiff,<br> v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>    Defendant. | CASE NO. C23-0232-KKE<br><br>ORDER ON MOTION TO EXTEND CERTAIN DEADLINES |

This matter comes before the Court on Plaintiff Debra O'Neal's motion to extend certain deadlines. Dkt. No. 30. For the reasons provided on the record during oral argument, the Court GRANTS IN PART and DENIES IN PART O'Neal's motion as follows:

1. The Court DENIES O'Neal's request to extend the deadline to join additional parties.

2. The Court GRANTS O'Neal's request to extend the discovery deadline; the deadline to complete discovery is now March 1, 2024. State Farm may depose O'Neal's expert witness after the discovery deadline without seeking additional leave of Court.

3. The Court GRANTS O'Neal's request to extend the expert report deadline; the deadline to exchange expert reports is now March 15, 2024.

4. All other dates in the case schedule remain unchanged. No further extensions will be granted.

Dated this 1st day of February, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge