UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA S. O'NEAL,<br>　　　　　　Plaintiff(s),<br>　v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>　　　　　　Defendant(s). | CASE NO. C23-0232-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DEADLINE |

This matter comes before the Court on the parties' stipulated motion to continue the deadline to exchange expert witness reports. Dkt. No. 66. The Court finds good cause to extend this deadline and GRANTS the motion. *Id.* Accordingly, the Court ORDERS:

1. The deadline to exchange expert reports is now April 19, 2024.

2. In accordance with the parties' request (Dkt. No. 66 at 1–2), the Court STRIKES Plaintiff's motion to extend this deadline as moot. Dkt. No. 61.

Dated this 14th day of March, 2024.

*/s/ Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DEADLINE - 1