1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DEBRA S. O'NEAL,<br>     Plaintiff,<br> v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>     Defendant. | CASE NO. C23-0232-KKE<br><br>ORDER GRANTING STIPULATED MOTIONS TO CONTINUE EXPERT DEPOSITIONS |
|---|---|

  THIS MATTER, having come before the Court by way of the Stipulated Motion to Continue Deposition of Robert J. Worth (Dkt. No. 70) and Stipulated Motion to Continue Deposition of Danette K. Leonhardi (Dkt. No. 72), and the Court, having reviewed the foregoing, hereby finds that good cause exists to continue both depositions.

  The Court GRANTS both motions.

  Dated this 3rd day of June, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTIONS TO CONTINUE EXPERT DEPOSITIONS - 1