UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA S. O'NEAL,<br>　　　　　　Plaintiff,<br>　v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>　　　　　　Defendant. | CASE NO. C23-0232-KKE<br><br>ORDER STRIKING DISCOVERY MOTION |

　　　This matter comes before the Court on Plaintiff's Motion to Compel. Dkt. No. 73. This motion does not comply with the Court's Order Regarding Chambers Procedures in Civil Cases, which sets out a process that parties must follow before filing a discovery-related motion. Dkt. No. 27 at 2. Accordingly, the Court STRIKES Plaintiff's motion (Dkt. No. 73) and directs the parties to comply with the chambers procedure order as to this dispute and any future discovery dispute.

　　　Dated this 3rd day of June, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER STRIKING DISCOVERY MOTION - 1