UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA S. O'NEAL,<br><br>          Plaintiff,<br><br>  v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          Defendant. | CASE NO. C23-0232-KKE<br><br>ORDER GRANTING STIPULATION |

THIS MATTER came before the Court by way of the Stipulated Motion to Withdraw Certain Affirmative Defenses stipulated by Plaintiff Debra S. O'Neal and Defendant State Farm Fire and Casualty Company.  Dkt. Nos. 83, 84.  The Court, having reviewed the motion, orders as follows:

It is ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Withdraw Certain Affirmative Defenses is GRANTED and the following affirmative defenses are withdrawn with prejudice: (2); (3); (13); (16); (18); (19); and (20).

Dated this 6th day of August, 2024.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION - 1