UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA S. O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. C23-0232-KKE<br><br>ORDER FOR ADDITIONAL SUBMISSIONS |

This matter comes before the Court on Plaintiff Debra O'Neal's motion for attorney's fees. Dkt. No. 160. The record before the Court is insufficiently detailed, and as a result, the Court is unable to assess the reasonableness of the fee request. Accordingly, the Court ORDERS:

1. No later than January 10, 2025, Plaintiff must provide the Court and opposing counsel with electronic versions of the billing records provided in Exhibit A to the Declaration of Dubs Herschlip. Dkt. No. 161 at 14–61. These spreadsheets must be provided in searchable native format (i.e. Excel files) and emailed to opposing counsel and Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov.

2. No later than January 10, 2025, Plaintiff must file a declaration from Mr. Herschlip attaching: 1) all engagement and/or fee agreements with O'Neal; 2) invoices actually billed to O'Neal; and 3) records reflecting amounts O'Neal has paid on

ORDER FOR ADDITIONAL SUBMISSIONS - 1

said invoices, if any. Mr. Herschlip's declaration shall identify, authenticate, and attest to the accuracy of all attachments. In the event any of the enumerated categories of records do not exist, Mr. Herschlip's declaration shall so state, and also describe in detail the fee agreements, and/or amounts invoiced and paid.

3. Defendant may file an additional brief in opposition to Plaintiff's Motion for Attorney's fees to address the additional information ordered above. Defendant's response brief shall not exceed 4,200 words and shall be filed by January 24, 2025.

4. Plaintiff may file an additional reply of 2,100 words or less by January 31, 2025.

The Clerk is ORDERED to re-note the motion for attorney's fees (Dkt. No. 160) to January 31, 2025.

Dated this 6th day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER FOR ADDITIONAL SUBMISSIONS - 2